LF 028
(Rev. 11/04/2019)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 1 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

KENNETH BEAMON, GDC#1056968

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

♦ 26-CV-142

-vs-

Gail Tusan

Eleanor Barnwell

Gary Spencer

(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I.    **Previous Lawsuits**

    A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

                Yes (✓)      No ( )

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff(s):  KENNETH BEAMON

LF 028
Rev. 11/04/2019

Defendant(s): The Answers to the followin 2-4 is no longer readily Available to plaintiff

2. Court (name the district): _____

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Did the previous case involve the same facts?

Yes ( )    No ( ✓ )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
Dismissed _____

_____

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition: _____

## II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: Hays State Prison _____

B. Is there a prisoner grievance procedure in this institution?

Yes ( ✓ )    No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( )    No ( ✓ )

D. If your answer is YES:
1. What steps did you take and what were the results?

_____

_____

_____

_____

2

LF 028
Rev. 11/04/2019

2. If your answer is NO, explain why not: this is non-grievable. procedure

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: KENNETH BEAMON
GDC #1056968

Address(es): 777 Underwood Drive
Trion, GA 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Gail S. Tusan
Eleanor Barnwell
Gary Spencer

Employed as Judge of Superior Court
Assistant District Attorney
Attorney
at Fulton County, Atlanta, GA
Fulton County, Atlanta, GA 30334

IV. **Basis for Jurisdiction**
Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S.C.A. Const. Amends 5, 6, 14

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## V.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

## VI.  Statement of Claim

State here as briefly as possible the facts of your case. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them. Do <u>not</u> give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1999 defendants conspired together, collectively to illegally indict, sentence and restrain plaintiff under a null and void indictment and arrest warrant. Defendants knowing there was no subject matter nor personal jurisdiction, still violated plaintiff's (5th, 6th and 14th) Constitutional rights by presenting him before the court and unlawfully convicting him.

LF 028
Rev. 11/04/2019

## VII.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffers Anguish of untold magnitude, humiliation, loss of employment and First Union checking and saving account, physical harm at the hands of other offenders which brought stiches and scars under eye and on leg, and loss of loved ones all of which placed harm upon plaintiff of irreparable magnitude.

## VIII.  Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Due to the above mentioned harm, Plaintiff is legally and justly entitled to $19,000,000 (nineteen million dollars) and immediate release of illegal restraint, and any further Relief this Court deems Just and Appropriate.

LF 028
Rev. 11/04/2019

_____

Signed this ____12th____ day of __MAY_____, 20_26_ .

_____
Signature of Plaintiff

STATE OF __GEORGIA_____
COUNTY (CITY) OF _____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __MAY 12th, 2026__
　　　　　　　　　　　(Date)

_____
Signature of Plaintiff

6